**Order entered August 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00775-CV

### IN RE THERESA BARNETT, Relator

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC10-00136**

## ORDER

Before Justices Bridges, Francis, and Lewis

The Court has before it relator's August 6, 2013 "Motion for Emergency Relief from Sanctions Order." Relator's petition for writ of mandamus was denied by this Court on July 2, 2013. The sanctions order was signed on July 29, 2013 and applies to a motion to recuse and is unrelated to the mandamus proceedings. Accordingly, we **DENY** relator's August 6, 2013 "Motion for Emergency Relief from Sanctions Order." We likewise **DENY** the August 7, 2013 and August 8, 2013 supplemental emergency motions.

/s/     DAVID L. BRIDGES
        JUSTICE